**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| CHASE McCLURE, *et al.*, | § | |
| | § | |
| Plaintiffs | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-1794 |
| | § | |
| LIFE TIME FITNESS, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

The plaintiffs' request to reconsider the expedited hearing date, (Docket Entry No. 7), is denied. The parties' needs appear to be met by the current schedule.

SIGNED on June 28, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge