IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHASE McCLURE, *et al.*, | § |
| Plaintiffs | § § § |
| VS. | §  CIVIL ACTION NO. H-13-1794 |
| LIFE TIME FITNESS, INC., | § § § |
| Defendant. | § |

## ORDER

The motion for continuance, (Docket Entry No. 52), is granted in light of the plaintiff's counsel's conflicting trial setting. Jury selection and trial are set for **March 23, 2015 at 8:30 a.m.** A final pretrial conference will be held on **March 20, 2015 at 4:00 p.m.** in Courtroom 11-B.

SIGNED on February 27, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge

1